IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVEON BRANTLEY, | : | |
| | : | |
| Movant, | : | |
| | : | CIVIL ACTION NO. |
| | : | 1:20-cv-585-LMM-CCB |
| v. | : | |
| | : | |
| UNITED STATES, | : | CRIMINAL ACTION NO. |
| | : | 1:17-cr-0077-LMM-CCB |
| | : | |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [112]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Movant's motion to vacate, set aside, or correct his federal sentence [107] is **DENIED**. A certificate of appealability is **DENIED** because it is not reasonably debatable that Movant fails to show that he is entitled to collateral relief. Movant is advised that he "may not appeal the denial but may seek a certificate from the

court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

**IT IS SO ORDERED** this 2nd day of November, 2020.

_____
**Leigh Martin May**
**United States District Judge**